IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| VINCENT ROTONDI | : | NO. 22-190 |

## NOTICE OF HEARING

Take notice that the defendant is **scheduled for a Sentencing Hearing on Tuesday, March 28th, 2023 at 10:00 A.M.** before the **Honorable Mitchell S. Goldberg** in **Courtroom 17-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant. Not needed.

For additional information, please contact the undersigned.

By: Jimmy Cruz Courtroom Deputy to the Honorable Mitchell S. Goldberg
      Phone: 267-299-7509

Date: December 14, 2022

cc via U.S. Mail:     Defendant
cc via email:         Charles Matthew Gibbs, Defense Counsel
                      Timothy Lanni, Assistant U.S. Attorney
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator

crnotice (July 2021)